IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **BILLY TYLER,** | ) | **CASE NO. 8:12CV277** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **MIKE HEAVICAN, and NEBRASKKK** | ) | |
| **SUPREME KKKOURT, NEBRAKKK,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on Plaintiff's Notice of Appeal. (Filing No. 9.) On September 19, 2012, the court dismissed Plaintiff's claims and entered Judgment against him. (Filing Nos. 7 and 8.) Plaintiff filed a timely Notice of Appeal of the court's Judgment. (Filing No. 9.) Plaintiff is a non-prisoner and has previously been granted leave to proceed in forma pauperis in this matter. (Filing No. 6.)

As set forth in Federal Rule of Appellate Procedure 24(a)(3):

(a) Leave to Proceed in Forma Pauperis. . . .

(3) Prior Approval. A party who was permitted to proceed in forma pauperis in the district-court action, or who was determined to be financially unable to obtain an adequate defense in a criminal case, may proceed on appeal in forma pauperis without further authorization, unless:

(A) the district court—before or after the notice of appeal is filed—certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis and states in writing its reasons for the certification or finding; or

(B) a statute provides otherwise.

The court finds that because Plaintiff proceeded in forma pauperis in the district court, he may now "proceed on appeal in forma pauperis without further authorization." *Id*.

IT IS THEREFORE ORDERED that:

1. Plaintiff is permitted to appeal in forma pauperis; and

2. The Clerk of the court shall provide the Court of Appeals with a copy of this Memorandum and Order.

DATED this 11th day of October, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.